STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. MORRIS E. COHEN, PLAINTIFF IN ERROR.

Argued October 18, 1932—Decided January 5, 1933.

For the defendant in error, *Louis A. Repetto.*

For the plaintiff in error, *John C. Reed* and *Emerson L. Richards.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court, and reported in 108 *N. J. L.* 216.

*For affirmance*—TRENCHARD, LLOYD, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 10.

*For reversal*—None.